UNITED STATES of America, Plaintiff–Appellee,

v.

Pamela WINN, Defendant–Appellant.

No. 09–14262
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 16, 2010.

John Lovell, Atlanta, GA, for Defendant–Appellant.

Gale Mckenzie, John Andrew Horn, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

956

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

John Lovell, appointed counsel for Pamela Winn in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Winn's conviction, revocation of supervised release, and sentences are **AFFIRMED.**